706

44 So.2d 921

### Joe PRICE v. TOWN OF HODGES.
### 8 Div. 774.

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

H. H. Hamilton, of Russellville, for appellant.

Wm. Stell, of Russellville, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

47 So.2d 925

### Houston PYLES v. STATE.
### 7 Div. 82.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 921

### Alex QUILLIN v. STATE.
### 8 Div. 862.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 921

### Jimmie QUILLIN v. STATE.
### 8 Div. 801.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Franklin County; Robt. M. Hill, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 922

### Jimmie QUILLIN v. STATE.
### 8 Div. 859.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 922

### Leon QUILLIN v. STATE.
### 8 Div. 846.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.